**Electronically Filed
Supreme Court
SCPW-21-0000642
23-NOV-2021
08:07 AM
Dkt. 11 ODDP**

SCPW-21-0000642

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

WAILA SARCEDO, Petitioner,

vs.

DEPARTMENT OF HUMAN SERVICES, Respondent.

ORIGINAL PROCEEDING
(FC-S NO. 18-00077)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
AND RELATED FILINGS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

On November 10, 2021, the appellate clerks' office received and filed the following documents on behalf of petitioner Waila Sarcedo:  (1) a petition for writ of habeas corpus; (2) a motion to dismiss; (3) a petition for redress and grievances; (4) petitioner's declaration; (5) a notice of motion to void judgments; and (6) a notice of intent to Hawaiʻi legislature and government workers.  Upon consideration of the petition for writ of habeas corpus and the related filings, petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief, including seeking relief in the pending appeal, the family court, or the civil cases filed in the circuit court, as provided by

law.  See Oili v. Chang, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976).  Accordingly,

It is hereby ordered that the petition for writ of habeas corpus and the related filings are denied.

It is further ordered that the clerk of the appellate court shall process this original proceeding without payment of the filing fees.

DATED:  Honolulu, Hawaiʻi, November 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins